No. 12–354.   GORDON ET AL. *v.* WEHRLE.   C. A. 6th Cir.   Certiorari denied.

No. 12–359.   PARKS *v.* MBNA AMERICA BANK, N. A.   Sup. Ct. Cal.   Certiorari denied.

No. 12–360.   HERRERA *v.* CHURCHILL MCGEE, LLC, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 12–361.   C. M. H. *v.* D. M. ET UX.   Ct. App. La., 1st Cir. Certiorari denied.

No. 12–362.   EASTSIDE EXHIBITION CORP. *v.* 210 EAST 86TH STREET CORP.   Ct. App. N. Y.   Certiorari denied.

No. 12–364.   DONOHUE *v.* DONOHUE.   Ct. Sp. App. Md.   Certiorari denied.

No. 12–365.   HOUSTON *v.* DOW LOHNES PLLC ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 12–367.   DEL MARCELLE *v.* BROWN COUNTY CORP. ET AL. C. A. 7th Cir.   Certiorari denied.

No. 12–369.   NORITA ET AL. *v.* COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS.   Sup. Ct. N. Mar. I.   Certiorari denied.

No. 12–374.   SCHOLASTIC BOOK CLUBS, INC. *v.* ROBERTS, COMMISSIONER OF TENNESSEE DEPARTMENT OF REVENUE.   Ct. App. Tenn.   Certiorari denied.

No. 12–376.   FURRY, AS PERSONAL REPRESENTATIVE OF THE ESTATE AND SURVIVORS OF FURRY *v.* MICCOSUKEE TRIBE OF INDIANS OF FLORIDA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 12–380.   STEELE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 12–383.   BRYANT *v.* MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.